LAWRENCE and others *against* THE FARMERS' LOAN and TRUST Co., and others.

THE opinion of Judge CRIPPEN in this case was published, in this place in the former Edition of these Reports; it has now been transferred to its proper place on page 215.